In the Matter of CITY OF NEW ROCHELLE, Appellant, Relative to Acquiring Title to Real Property in Said City. HENRY J. GUCKER et al., Respondents, et al., Defendants.—

(*Matter of Southern Blvd. R. R. Co.*, 143 N. Y. 253, 259.) Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *post,* p. 1096.]

D. ALPER CO., INC., Doing Business as LONG ISLAND BEAM CO., Respondent, v. MONTAN EXPORT, N. V., Appellant, et al., Defendants.—

No opinion. Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

COUNTY OF NASSAU, Appellant, v. MARY S. FOSTER et al., Defendants; FRANCES KALISKI et al., Respondents, and WOODBURY LAND CORPORATION, Appellant.—

(*County of Nassau* v. *Davis,* 265 App. Div. 856, appealed dismissed 291 N. Y. 736.) Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ., concur. [See 280 App. Div. 829.]